SEALED
BY ORDER OF THE COURT

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Sp. Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2002

at 3 o'clock and 19 min P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. CR02-00529 DAE |
| Plaintiff, ) | INDICTMENT |
| vs. ) | |
| ) | [18 U.S.C. § 922(g)(1)] |
| TERENCE K. J. RAGUDO, ) | |
| Defendant. ) | |

# I N D I C T M E N T

## COUNT 1

The Grand Jury charges that:

On or about July 14, 2002, in the District of Hawaii, defendant TERENCE K. J. RAGUDO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit: a Norinco SKS rifle bearing Serial Number 22004297.

SEALED
BY ORDER OF THE COURT

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT 2

On or about July 14, 2002, in the District of Hawaii, defendant TERENCE K. J. RAGUDO, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: 12/12/02, 2002 at Honolulu, Hawaii.
A TRUE BILL

/s/
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney

United States v. TERENCE K. J. RAGUDO
Cr. No.
"INDICTMENT"

2