EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON          #4532
Assistant U.S. Attorney

WES REBER PORTER           #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 7 2004

at 4 o'clock and ___min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00529 ~~HG-DAE~~ |
| Plaintiff, ) | |
| ) | ORDER FOR DISMISSAL |
| vs. ) | |
| ) | [18 U.S.C. § 922 (g)(1)] |
| TERENCE K. J. RAGUDO, ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Indictment against TERENCE K. J. RAGUDO on the grounds that: (1) the matter was previously handled by the Department of the Prosecuting Attorney, City and County of Honolulu; and (2) the

evidence, as put forth in the state proceeding, does not support the charge contained in the Indictment.

DATED: Honolulu, Hawaii, May 26, 2004.

> EDWARD H. KUBO, JR.
> UNITED STATES ATTORNEY
> District of Hawaii
>
> By _____
> WES REBER PORTER
> Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

> DAVID ALAN EZRA
>
> _____
> ~~HELEN GILLMOR~~ DAVID ALAN EZRA
> UNITED STATES DISTRICT JUDGE

United States v. TERENCE K. J. RAGUDO
Cr. No. 02-00529 HG
"Order for Dismissal"

2